| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Suko, Lonny R. | 2. Court or Organization<br><br>U.S. District Court - EDWA | 3. Date of Report<br><br>04/02/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>P.O. Box 2706<br>Yakima, WA 98907-2706 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/02/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/02/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank cash accounts | A | Interest | M | T | | | | | |
| 2. Chase Strategic Allocation Portfolio (*see page 8) | D | Dividend | N | T | | | | | |
| 3. US Bank cash accounts | A | Interest | L | T | | | | | |
| 4. American Express Bond Fund | A | Interest | K | T | | | | | |
| 5. Real property in Yakima, WA, held with others | E | Rent | M | W | | | | | |
| 6. Northwestern Mutual Life Insurance Company Whole Life Insurance | C | Dividend | L | T | | | | | |
| 7. Hapo Community Credit Union cash accounts | A | Interest | J | T | | | | | |
| 8. Ameriprise Financial cash accounts | A | Dividend | K | T | | | | | |
| 9. Discover Bank (CD account) | A | Interest | | | Closed | 03/18/18 | L | | |
| 10. Compass Bank (CD account) | A | Interest | | | Closed | 06/22/18 | L | | |
| 11. Capital One Bank (CD account) | A | Interest | L | T | Open | 11/08/18 | L | | |
| 12. First Bank Southern Pines (CD account) | A | Interest | L | T | Open | 03/15/18 | L | | |
| 13. Z B N A Instl. Bank (CD account) | A | Interest | L | T | Buy | 09/11/18 | L | | |
| 14. Management Account #1 (H) | | | | | | | | | |
| 15. -COLUMBIA CONTRARIAN CORE INSTL CL SMGIX | D | Dividend | L | T | Buy | 05/11/18 | J | | |
| 16. -JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I JIPIX | C | Dividend | | | Sold | 10/11/18 | M | | |
| 17. -ISHARES RUSSELL MID CAP ETF IWR | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -JPMORGAN VALUE ADVANTAGE CL I JVASX | B | Dividend | L | T | Buy | 05/11/18 | K | | |
| 19. -SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF XLP | | | | | Sold (part) | 05/11/18 | L | A | |
| 20. | B | Dividend | K | T | Buy | 12/04/18 | J | | |
| 21. -SPDR SERIES TRUST S&P 600 SMALL CAP VALUE ETF SLYV | A | Dividend | K | T | | | | | |
| 22. -ISHARES RUSSELL MID CAP VALUE ETF IWS | A | Dividend | K | T | | | | | |
| 23. -MFS GLOBAL EQUITY CL I MWEIX | A | Dividend | | | Sold | 05/11/18 | L | D | |
| 24. -OPPENHEIMER INTL SMALL-MID COMPANY CL Y OSMYX | C | Dividend | K | T | | | | | |
| 25. -COLUMBIA TAX EXEMPT CLZ CTEZX | B | Dividend | L | T | | | | | |
| 26. -FIDELITY ADVISOR HEALTH CARE CLI FHCIX | B | Dividend | L | T | | | | | |
| 27. -INVESCO LTD TERM MUN INCOME CL Y ATFYX | B | Dividend | L | T | | | | | |
| 28. -PRUDENTIAL TOTAL RETURN BOND CL Z PDBZX | | | | | Buy | 05/11/18 | J | | |
| 29. | C | Dividend | L | T | Buy (add'l) | 10/11/18 | K | | |
| 30. -MFS INTL DIVERSIFICATION CL I MDIJX | A | Dividend | L | T | Buy | 05/11/18 | L | | |
| 31. -OPPENHEIMER SENIOR FLOATING RATE CL Y OOSYX | B | Dividend | L | T | Buy | 10/11/18 | L | | |
| 32. IRA #1 (H) | F | Dividend | O | T | | | | | |
| 33. -JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I JIPIX | | | | | Buy | 05/11/18 | K | | |
| 34. | C | Dividend | | | Sold | 10/11/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. -JPMORGAN VALUE ADVANTAGE CL I JVASX | | | | | Buy | 05/11/18 | L | | |
| 36. | | | | | Sold (part) | 10/11/18 | L | | |
| 37. | B | Dividend | L | T | Sold (part) | 12/13/18 | J | C | |
| 38. -PARNASSUS MID CAP PARMX | B | Dividend | M | T | Sold (part) | 12/04/18 | J | D | |
| 39. -SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF XLP | | | | | Sold (part) | 05/11/18 | L | | |
| 40. | B | Dividend | L | T | Sold (part) | 12/04/18 | J | | |
| 41. -FIDELITY ADVISOR NEW INSIGHTS CL I FINSX | A | Dividend | M | T | Sold (part) | 12/04/18 | J | E | |
| 42. -MFS GLOBAL EQUITY CL I MWEIX | A | Dividend | | | Sold | 05/11/18 | M | A | |
| 43. -OPPENHEIMER INTL SMALL COMPANY CL Y OSMYX | | | | | Sold (part) | 05/11/18 | K | C | |
| 44. | C | Dividend | L | T | Sold (part) | 12/05/18 | J | | |
| 45. -PRUDENTIAL TOTAL RETURN BOND CL Z PDBZX | | | | | Buy | 10/11/18 | K | | |
| 46. | C | Dividend | M | T | Sold (part) | 12/04/18 | J | | |
| 47. -MFS INTL DIVERSIFICATION CL I MDIJX | | | | | Buy | 05/11/18 | M | | |
| 48. | | | | | Buy (add'l) | 10/11/18 | L | | |
| 49. | C | Dividend | M | T | Sold (part) | 12/04/18 | J | B | |
| 50. -OPPENHEIMER SENIOR FLOATING RATE CL Y OOSYX | | | | | Buy | 10/11/18 | M | | |
| 51. | A | Dividend | M | T | Sold (part) | 12/05/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Suko, Lonny R. | 04/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2 (H) | C | Dividend | L | T | | | | | |
| 53. -JOHN HANCOCK STRATEGIC INCOME OPPTYS CL I JIPIX | A | Dividend | | | Sold | 10/23/18 | J | | |
| 54. -JPMORGAN VALUE ADVANTAGE CL I JVASX | | | | | Buy | 05/11/18 | J | | |
| 55. | A | Dividend | J | T | Sold (part) | 10/23/18 | J | | |
| 56. -PARNASSUS MID CAP PARMX | A | Dividend | J | T | | | | | |
| 57. -SECTOR CONSUMER STAPLES SELECT SECTOR SPDR ETF XLP | A | Dividend | J | T | Sold (part) | 05/11/18 | J | | |
| 58. -FIDELITY ADVISOR NEW INSIGHTS CL I FINSX | B | Dividend | J | T | | | | | |
| 59. -MFS GLOBAL EQUITY CL I MWEIX | A | Dividend | | | Sold | 05/11/18 | J | A | |
| 60. -OPPENHEIMER INTL SMALL COMPANY CL Y OSMYX | A | Dividend | J | T | Sold (part) | 05/11/18 | J | | |
| 61. -PRUDENTIAL TOTAL RETURN BOND CL Z PDBZX | | | | | Buy | 10/23/18 | J | | |
| 62. | A | Dividend | J | T | Sold (part) | 12/06/18 | J | | |
| 63. -MFS INTL DIVERSIFICATION CL I MDIJX | | | | | Buy | 05/11/18 | J | | |
| 64. | A | Dividend | J | T | Buy (add'l) | 10/23/18 | J | | |
| 65. -OPPENHEIMER SENIOR FLOATING RATE CL Y OOSYX | | | | | Buy | 10/23/18 | J | | |
| 66. | A | Dividend | J | T | Sold (part) | 12/06/18 | J | | |
| 67. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 4, line 2:  Investment is in the Moderate Tier 1 Allocation within the Chase Strategic Portfolio.  I am only allowed to choose my asset allocation based on a risk tolerance and time horizon.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Lonny R. Suko**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544